No. 60. REAVES *v.* OLIVER. Error to and appeal from the Supreme Court of the Territory of Oklahoma. Submitted October 27, 1897. Decided November 1, 1897. *Per Curiam.* The order or decree sought to be reviewed was not final but interlocutory, and the writ of error and the appeal must be dismissed. Acts September 24, 1789, c. 20, §§ 13, 22, 1 Stat. 81, 84; March 3, 1803, c. 40, 2 Stat. 244; Rev. Stat. §§ 691, 692; Act March 3, 1891, c. 517, 26 Stat. 826; *Forgay* v. *Conrad*, 6 How. 201, 205; *McLish* v. *Roff*, 141 U. S. 661; *American Construction Co.* v. *Jacksonville, Tampa &c. Railway*, 148

U. S. 372, 378; *Smith v. Vulcan Iron Works*, 165 U. S. 518, 524. *Mr. Frank B. Crosthwaite* for plaintiff in error and appellant.